UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GREGORY ALVAREZ DEVILLE, | ) |
| Petitioner, | ) Case No. EDCV 08-1301-RSWL(AJW) |
| v. | ) JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 17, 2009

/ s /
_____
Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge